Keith J. Rosenblatt, Bar No. 016631997
krosenblatt@littler.com
Rachel Simone Frey, Bar No. 217592017
rfrey@littler.com
LITTLER MENDELSON, P.C.
One Newark Center
8th Floor
Newark, New Jersey  07102
Telephone:    973.848.4700
Fax No.:        973.643.5626

Attorneys for Defendants
GEO SECURE SERVICES, LLC AND GEO GROUP, INC ·

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL TARIQ MUHAMMAD,<br><br>       Plaintiff,<br><br>vs.<br><br>GEO SECURE SERVICES, LLC and GEO GROUP, INC.,<br><br>       Defendants. | Civil Action No.  2:23-cv-01467-CCC-JSA<br><br>**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1 (B)**<br><br>**<u>Electronically Filed</u>** |

Application is hereby made for a Clerk's Order extending the time within which Defendants GEO Secure Services, LLC and GEO Group, Inc. ("Defendants") may answer, move or otherwise reply to the Complaint.  It is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on Defendants on or about June 15, 2023; and

4. Defendants' time to answer, move or otherwise reply expires on July 5, 2023.

**WHEREFORE,** Defendants respectfully request that this application for a fourteen-day extension pursuant to Local Civil Rule 6.1 be granted.

**LITTLER MENDELSON, P.C.**
Attorneys for Defendants
Geo Secure Services, LLC and Geo Group, Inc.


By:  *s/ Rachel Simone Frey*
      Rachel Simone Frey

Dated:  June 29, 2023


The above application is **ORDERED GRANTED** and the time within which Defendants may answer, move or otherwise reply is extended to July 19, 2023.

**WILLIAM T. WALSH, CLERK**


By:_____
      Deputy Clerk

ORDER DATED:_____, 2023

4889-4856-1003.1 / 999991-1079