**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| |
|---|
| AL TARIQ MUHAMMAD, <br><br> **Plaintiff,** <br><br> v. <br><br> **GEO SECURE SERVICES, LLC,** *et al.,* <br><br> **Defendants.** |

Civil Action No. 23-1467 (CCC)(JSA)

**AMENDED**
**SCHEDULING ORDER**

**THIS MATTER** having come before the Court for a Telephone Status Conference on May 13, 2024, wherein the Court addressed the issues raised in the parties' joint status letter of May 7, 2024 (ECF No. 21); and for the reasons set forth during the May 13th Conference; and for good cause shown,

**IT IS on this 13th day of May 2024,**

**ORDERED THAT**:

1.      Plaintiff's counsel shall provide a certification **on or before May 14, 2024**, indicating that Plaintiff's document production is complete.

2.      Plaintiff's counsel shall provide Plaintiff's signed HIPAA authorization covering medical records for the period ending as of the date of service of Defendant's written discovery requests.

3.      The deadline for fact discovery is extended through and including **July 22, 2024**. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

4.      The deadline for serving affirmative expert reports shall be **August 21, 2024**.

5.      The deadline for serving responsive expert reports shall be **September 20, 2024**.

6.      The deadline for completing all expert discovery, including expert depositions, shall be **October 21, 2024**.

7.    Any unresolved discovery disputes (other than those that arise during depositions) must be brought before the Court **not later than thirty (30) days before the fact discovery deadline**. **The Court will not entertain applications concerning discovery matters, informally or otherwise, after this date**. If an unresolved dispute arises at a deposition, then the parties must contact the Chambers of the Undersigned for assistance during the deposition. Failure to contact Chambers for intervention before adjourning that deposition may constitute waiver of the right to seek relief from the Court.

8.    The parties shall submit a joint letter on or before **July 16, 2024**, addressing the status of completing fact discovery and any settlement discussions.

9.    The Court will conduct a **Telephone Status Conference** on **July 22, 2024 at 12:30 p.m.** and will provide the parties with the connection information in advance.

10.    All other provisions of Scheduling Orders previously issued in this matter shall remain in full force and effect.

*/s/ Jessica S. Allen*
**Hon. Jessica S. Allen, U.S.M.J.**

cc:    **Hon. Claire C. Cecchi, U.S.D.J.**