

**Littler Mendelson, P.C.**
One Newark Center, 8th Floor
Newark, NJ  07102

Peter B. Ajalat
Office Managing Shareholder

Rachel Simone Frey
973.848.4763 direct
973.848.4700 main
973.741.2793 fax
rfrey@littler.com

November 20, 2024

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:** ***Muhammad v. GEO Secure Services, LLC, et al.***
> **Case No.: 23-cv-001467-CCC-JSA**

Dear Magistrate Judge Allen:

This firm represents Defendants GEO Secure Services, LLC and The GEO Group, Inc. ("Defendants") in the above-referenced matter.  Please accept this as the parties' joint letter pursuant to the Court's November 5, 2024 Text Order.

The parties have conferred and reached an agreement regarding the proposed stipulation/certification, and there are no remaining disputes.

The parties have also agreed that they would prefer to proceed with a Settlement Conference before Your Honor rather than attending mediation.

We thank Your Honor for Your courtesies in this regard.

> Respectfully submitted,
>
> *s/ Rachel Simone Frey*
>
> Rachel Simone Frey

cc:      All Counsel of Record (via ECF)

**\*An in-person Settlement Conference is scheduled for 1/21/25 at 11:00 a.m. in Courtroom 2B.  All parties, party representatives, and/or insurance claims adjusters with ACTUAL AND FULL settlement authority are required to attend in person with the exception of Defendants' representative located in Florida who may participate remotely.  The parties shall fax confidential settlement position papers of five (5) pages or less to Chambers (973-645-4549) on or before 1/15/25.  So ordered.**

littler.com

**Date: November 21, 2024**          **s/ Jessica S. Allen**
                                      **Hon. Jessica S. Allen, U.S.M.J.**