**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **AL TARIQ MUHAMMAD,** | **Civil Action No. 23-1467 (CCC)(JSA)** |
| **Plaintiff,** | |
| **v.** | |
| **GEO SECURE SERVICES, LLC,** *et al.*, | **ORDER REFERRING**<br>**CASE TO MEDIATION** |
| **Defendants.** | |

**THIS MATTER** having come before the Court by way of the parties' joint letter of May 30, 2025, (ECF No. 45); and the Court having determined that mediation would conserve the resources of the Court and the parties and would be in the best interests thereof; and for good cause shown,

**IT IS on this 3rd day of June 2025,**

**ORDERED** that this civil action is hereby referred to Mediation pursuant to Local Civil Rule 301.1(d); and it is further

**ORDERED** that the parties are referred to Mediation before the Honorable Mark Falk, (Ret.) subject to the Mediator's completion of a conflict check; and it is further

**ORDERED** that the parties are to submit a joint letter **on or before June 20, 2025**, confirming the scheduled Mediation date; and it is further

**ORDERED** that the parties shall compensate the Mediator in accordance with Local Civil Rule 301.1(c); and it is further

**ORDERED** that the parties shall submit a joint letter addressing the outcome of the Mediation **on or before August 1, 2025**; and it is further

  **ORDERED** that the Court will conduct a **Telephone Status Conference on August 6, 2025 at 4:00 p.m.** The parties shall dial #1-855-244-8681 and enter Access Code: 23024029552# at the time of the Conference; and it is further

  **ORDERED** that pursuant to Local Civil Rule 301.1(e)(6), all proceedings in this action are stayed for sixty (60) days from the date of this Order.

*/s/ Jessica S. Allen*  
**HON. JESSICA S. ALLEN**  
**United States Magistrate Judge**

cc:  **Hon. Claire C. Cecchi, U.S.D.J.**