

October 2, 2025

Judge Jessica S. Allen
**New Jersey U.S. District Court**
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street – Room 4015
Newark, NJ 07101

**Re.: Muhammad v. GEO Secure Service, LLC, et al.,
Case No.: 2:23-CV-01467-CCC-JSA**

**Dear Judge Jessica Allen:**

This office represents Al Tariq Muhammad, the Plaintiff in the above reference matter.

Pursuant to the 60 Day Order, the parties are to file necessary documents to dismiss the action. However, settlement has not been consummated and the parties request an additional 30 days to consummate settlement.

Thank you for the consideration,

Thank you,

*/s/ Frasilie Stinvil*
Frasilie Stinvil, Esq.
**STINVIL LAW**

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:    10/3/2025

89-31 161st Suite 810 Jamaica NY 11432
T: 646-647-6266 | E: attorney@stinvillaw.com