**LITTLER MENDELSON, P.C.**
Keith J. Rosenblatt (016631997)
krosenblatt@littler.com
Rachel Simone Frey (217592017)
rfrey@littler.com
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
Attorneys for Defendants
*Geo Secure Services, LLC*
*And The Geo Group, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| AL TARIQ MUHAMMAD,<br><br>Plaintiff,<br><br>vs.<br><br>GEO SECURE SERVICES, LLC and GEO GROUP, INC.,<br><br>Defendants. | Civil Action No. 2:23-cv-01467-CCC-JSA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>*Electronically Filed* |

The matter in the above-captioned action having been amicably resolved by and between Plaintiff Al Tariq Muhammad ("Plaintiff") and Defendants Geo Secure Services, LLC and The Geo Group, Inc., ("Defendants"), it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a), that the above-captioned case shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party.

| | |
|---|---|
| **STINVIL LAW P.L.L.C.**<br>Attorneys for Plaintiff | **LITTLER MENDELSON, P.C.**<br>Attorneys for Defendants |
| By : s/ Frasilie Stinvil<br>    Frasilie Stinvil, Esq. | By: s/ Rachel Simone Frey<br>    Keith J. Rosenblatt, Esq.<br>    Rachel Simone Frey, Esq. |
| Dated: November 26, 2025 | Dated: November 26, 2025 |

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:   12/2/2025

4902-2045-1438.1 / 059218.1609